MARC A. LIEBERSTEIN (ML 7116)
JOHN L. DAUER, JR. (JD 1763)
DAY PITNEY LLP
7 TIMES SQUARE
NEW YORK, NY 10036
(212) 297-5800
ATTORNEYS FOR
PLAINTIFF PIXFUSION LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PixFusion LLC,                            :

        Plaintiff,                 :

v.                                        :    **RULE 7.1 STATEMENT**

FunnyBit Studios, LLC,                    :

        Defendant.                 :

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff PixFusion LLC (a private non-governmental party), by its attorneys, Day Pitney LLP, certifies there are no parent corporations or any publicly held corporations that own 10% or more of PixFusion's stock.

DATED: November 1, 2007

                                        Day Pitney LLP
                                        Attorneys for Plaintiff
                                        PixFusion LLC

By: _____
                      Marc A. Lieberstein (ML 7116)
                      John L. Dauer, Jr. (JD 1763)