# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

JOHN L. DAUER, JR.
Counsel

7 Times Square
New York, NY  10036
T: (212) 297-5839 F: (212) 916 2940
JDauer@daypitney.com

December 7, 2007

**VIA Electronic Filing**

Hon. Richard M. Berman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    PixFusion, LLC v. FunnyBit Studios, LLC
             Civil Action No. 07-9733

Dear Judge Berman:

    We are counsel for Plaintiff PixFusion, LLC in the above referenced action. In that action, an initial pre-trial conference is set for December 10, 2007, at 9:00 a.m.. As the complaint has not yet been served upon Defendant, we request an adjournment of the conference until Monday, January 14, 2008, at 9:00 a.m. We will notify Defendant of this adjournment request.

Respectfully submitted,

John L. Dauer, Jr.

JLD

cc:    Mark Lieberstein, Esq.
        FunnyBit Studios, LLC