DEC-07-2007 16:51 From:DAY PITNEY LLP 212 682 3435 To:#52812128056717 P.1/1

Case 1:07-cv-09733-RMB-MHD Document 4 Filed 12/07/2007 Page 1 of 1
Case 1:07-cv-09733-RMB Document 3 Filed 12/07/2007 Page 1 of 1

# DP DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.



JOHN L. DAUER, JR.
Counsel

7 Times Square
New York, NY 10036
T: (212) 297-5839 F: (212) 916 2940
JDauer@daypitney.com

December 7, 2007

**VIA Electronic Filing**

Hon. Richard M. Berman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   PixFusion, LLC v. FunnyBit Studios, LLC
      Civil Action No. 07-9733

Dear Judge Berman:

We are counsel for Plaintiff PixFusion, LLC in the above referenced action. In that action, an initial pre-trial conference is set for December 10, 2007, at 9:00 a.m.. As the complaint has not yet been served upon Defendant, we request an adjournment of the conference until Monday, January 14, 2008, at 9:00 a.m. We will notify Defendant of this adjournment request.

Respectfully submitted,

John L. Dauer, Jr.

JLD

cc:   Mark Lieberstein, Esq.
      FunnyBit Studios, LLC

CONFERENCE ADJOURNED UNTIL
1/14/08 AT 9:00 A.M.

SO ORDERED:
Date: 12/7/07
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/07/2007