# DAY PITNEY LLP

BOSTON  CONNECTICUT  NEW JERSEY  NEW YORK  WASHINGTON, D.C.



JOHN L. DAUER, JR.
Counsel

7 Times Square
New York, NY 10036
T: (212) 297-5839 F: (212) 916 2940
JDauer@daypitney.com

January 11, 2008

**VIA FACSIMILE 212-805-6717**

**MEMO ENDORSED**

Hon. Richard M. Berman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

Re:   PixFusion, LLC v. FunnyBit Studios, LLC
      Civil Action No. 07-9733

Dear Judge Berman:

We are counsel for Plaintiff PixFusion, LLC in the above referenced action and hereby request an adjournment of the initial pre-trial conference currently scheduled for Monday, January 14, 2008, at 9:00 a.m., to Monday, February 18, 2008, at 9:00 a.m. Upon our prior request, the court previously adjourned the pre-trial conference from December 10, 2007, to January 14, 2008. We request the adjournment because the complaint has not yet been served upon the Defendant and because we are in negotiations with the Defendant. We will notify Defendant of this adjournment request.

Respectfully submitted,

John L. Dauer, Jr.

JLD

cc:   Mark Lieberstein, Esq.
      FunnyBit Studios, LLC

FINAL ADJOURNMENT TO 2/19/08 AT 9:15 A.M. (2/18 IS A COURT HOLIDAY.)

SO ORDERED:
Date: 1/11/08
Richard M. Berman, U.S.D.J.

01/11/08  FRI 11:27  [TX/RX NO 8055]