AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

PixFusion LLC

V.

FunnyBit Studios, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 9733

TO: (Name and address of Defendant)

FunnyBit Studios, LLC
4417 Delaina Drive
Flower Mound, Texas 75022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc A. Lieberstein, Esq.
John L. Dauer, Jr., Esq.
Day Pitney LLP
7 Times Square
New York, NY 10036
(212) 297-5800

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  NOV 0 2 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                              *Signature of Server*

                                        _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PIXFUSION, LLC,

         Plaintiff(s),

-against-

FUNNYBIT STUDIOS, LLC,
         Defendant(s).
-----------------------------------------------------------X

Index No. 07 CIV 9733

AFFIDAVIT OF SERVICE

STATE OF TEXAS    )
                            S.S.:
COUNTY OF DALLAS  )

Emilio Herrera, Jr., being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 26th day of February, 2008, at approximately the time of 7:38 pm deponent served a true copy of the SUMMONS, COMPLAINT, CIVIL COVER SHEET, RULE 7.1 STATEMENT, JUDGES RULES & MAGISTRATES RULES upon FunnyBit Studios, LLC at 4417 Delania Drive, Flower Mound, TX 75022, by personally delivering and leaving the same with Matt Whitten who informed deponent that he holds the position of Owner with that company and is authorized by law to receive service at that address.

    Matt Whitten is a White male, approximately 30 years of age, stands approximately 6 feet 1 inches tall, weighs approximately 200 pounds with brown hair.

PROCESS SERVER
Emilio Herrera, Jr.
Supreme Court No. SC000000610

Sworn to before me this
27th day of February, 2008

NOTARY PUBLIC



MELISSA WOOLEY
MY COMMISSION EXPIRES
December 4, 2008

D.L.S., Inc.
1 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com