

**GARDERE**
*attorneys and counselors · www.gardere.com*

Direct: 214-999-4106
Direct Fax: 214-999-3106
tmiller@gardere.com

VIA FEDERAL EXPRESS

March 4, 2008

Hon. Richard M. Berman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

> Final adjournment to 4/15/08 @ 9:00 AM
>
> SO ORDERED:
> Date: 3/5/08
> Richard M. Berman, U.S.D.J.

Re:  PixFusion, LLC v. FunnyBit Studios, LLC
     Civil Action No. 07-9733

Dear Judge Berman:

This firm was retained to take over the representation of FunnyBit Studios, LLC ("FunnyBit") in the above referenced action on March 2, 2008 due to the sudden illness of FunnyBit's prior counsel. FunnyBit only became aware that its prior counsel would not be able to continue the representation on February 27, 2008. In light of this unexpected event and the additional matters described below, <u>FunnyBit respectfully requests that the Rule 16 conference scheduled for Friday, March 7, 2008 be adjourned until Friday, April 18, 2008</u>.

Plaintiff filed suit against FunnyBit on November 2, 2007, but did not serve FunnyBit until February 26, 2008. During that time, the parties engaged in settlement negotiations, which are still ongoing. The initial conference in this matter was set for December 10, 2007. By letter dated December 7, 2007, Plaintiff requested and was granted adjournment of the conference until January 14, 2008. Subsequent to that adjournment, Plaintiff requested and was granted adjournment of the January conference until February 18, 2008. Plaintiff unilaterally (FunnyBit had not yet been served) attended the February 18th conference, during which the Court orally rescheduled the conference until March 7, 2008.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE: 3-5-08

GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower, 1601 Elm Street, Dallas, Texas 75201-4761 • 214.999.3000 Phone • 214.999.4667 Fax
Austin • Dallas • Houston • Mexico City

Hon. Richard M. Berman
March 4, 2008
Page 2

On March 3, 2008, Plaintiff's counsel, John L. Dauer, Jr. of Day Pitney, LLP, agreed to the requested adjournment. This requested adjournment does not conflict with any other scheduled dates in this action. This firm will notify all parties to this action of this adjournment request.

Sincerely,

Terrell R. Miller
(*Pro Hac Vice* Application to Follow)

TRM
cc:   John L. Dauer, Jr.
      FunnyBit Studios, LLC
      Ken Glaser

DALLAS 1883843v1