IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-17-08
```

| | | |
|---|---|---|
| PIXFUSION, LLC, | ) | |
|    *Plaintiff,* | ) | |
| | ) | Civil Case No. 1:07-cv-9733-RMB |
| vs. | ) | |
| | ) | |
| FUNNYBIT STUDIOS, LLC, | ) | STIPULATION FOR |
|    *Defendant.* | ) | EXTENSION OF TIME |
| | ) | |

### STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's approval, the time for Defendant FunnyBit Studios, LLC to answer, move or otherwise respond to Plaintiff's Original Complaint in this matter shall be extended from March 17, 2008 to and including March 31, 2008. There have been no prior requests to extend the time to answer or otherwise respond.

Dated this 14 day of March, 2008.

| DAY PITNEY, LLP | GARDERE WYNNE & SEWELL, LLP |
|---|---|
| By: _____ | By: _____ |
| John L. Dauer, Jr. | Terrell R. Miller |
| Times Square Tower | (to be admitted *pro hac vice*) |
| 7 Times Square | 3000 Thanksgiving Tower, 1601 Elm Street |
| New York, NY 10036 | Dallas, Texas 75201 |
| Tel: (212) 297-5839 | Tel: (214) 999-4106 |
| Fax: (212) 916-2940 | Fax: (214) 999-3106 |
| Email: jdauer@daypitney.com | Email: tmiller@gardere.com |
| Attorney for Plaintiff | Attorney for Defendant |
| PixFusion, LLC | FunnyBit Studios, LLC |

SO ORDERED:

**RMB**

Honorable Richard M. Berman
United States District Judge

**3/17/08**

DALLAS 1897004v1

STIPULATION FOR EXTENSION OF TIME                                                Page 2