UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PixFusion, LLC

                      Plaintiff,          Civil Action No. 07-CIV-9733

-against-                      **MOTION TO ADMIT COUNSEL**

FunnyBit Studios, LLC                      *PRO HAC VICE*
                      Defendant.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Michael P. Cooley, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Applicant's Name:    Terrell Miller
    Firm Name:    Gardere Wynne Sewell LLP
    Address:    1601 Elm Street, Suite 3000
    City/State/Zip:    Dallas, TX 75201-4761
    Telephone/Fax:    214-999-4106
    Email Address:    tmiller@gardere.com

Terrell Miller is a member in good standing of the Bar of the State of Texas.

There are no pending disciplinary proceedings against Terrell Miller in any State or Federal court.

Dated:    March 14, 2008
            Dallas, Texas

                                        Respectfully submitted,

                              By: _____
                                    Michael P. Cooley (MC-1214)
                                    Gardere Wynne Sewell LLP
                                    1601 Elm Street, Suite 3000
                                    Dallas, TX 75201-4761
                                    Telephone: (214) 999-4824
                                    Facsimile: (214) 999-3824

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PixFusion, LLC

                       Plaintiff,         Civil Action No. 07-CIV-9733

      -against-                           AFFIDAVIT OF
                                            MICHAEL P. COOLEY IN
FunnyBit Studios, LLC                       SUPPORT OF MOTION TO ADMIT
                    Defendant.       COUNSEL *PRO HAC VICE*

Michael P. Cooley, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Gardere Wynne Sewell LLP. This firm is counsel for FunnyBit Studios, LLC in the above-captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Terrell Miller as counsel *pro hac vice* to represent Defendant in this matter.

2. I am a member in good standing with the bars of the State of New York and the State of Texas. I was admitted to practice in New York in 2000 and in Texas in 2002. I am also a member in good standing of the bar of the United States District Courts for the Southern District of New York and of the Northern, Southern and Eastern Districts of Texas.

3. Terrell Miller is an associate at Gardere Wynne Sewell LLP, in Dallas Texas.

4. Terrell Miller is experienced in federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of Terrell Miller, *pro hac vice*.

6. I respectfully submit herewith a proposed order granting the admission of Terrell Miller, *pro hac vice*.

WHEREFORE it is respectfully requested that the motion to admit Terrell Miller, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated:     March 14, 2008
             Dallas, Texas

Notarized:

PAMELA K. KERR
Notary Public, State of Texas
My Commission Expires
April 03, 2008

Respectfully submitted,

_____
Michael P. Cooley (Bar No. MC-1214)

DALLAS 1897073v1

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

    **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Terrell Richard Miller**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of November, 2004.

    I further certify that the records of this office show that, as of this date

**Terrell Richard Miller**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 6th day of March, 2008.
BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
Brad Sonego, Deputy Clerk

No. 0306H

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Terrell Miller
Michael P. Cooley (Bar No. MC -1214)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

ATTORNEYS FOR FUNNYBIT STUDIOS, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PixFusion, LLC

       Plaintiff,      Civil Action No. 07-CIV-9733

  -against-          **AFFIDAVIT OF SERVICE**

FunnyBit Studios, LLC
       Defendant.

I am an attorney duly admitted to practice before this Court and an attorney with the law firm of Gardere Wynne Sewell LLP, which is counsel to FunnyBit Studios, LLC.

I hereby certify that on the 14th day of March, 2008, I caused true and correct copies of the (i) *Motion for Admit Counsel Pro Hac Vice* (ii) *Affidavit of Michael P. Cooley in Support of Motion to Admit Counsel Pro Hac Vice* (iii) *Certificate of Good Standing* by the Supreme Count of Texas and (iv) proposed *Order for Admission Pro Hac Vice on Written Motion* to be served by regular mail to the parties on the attached service list.

                Respectfully submitted,

          By: _____
            Michael P. Cooley (Bar No. MC-1214))
            Gardere Wynne Sewell LLP
            1601 Elm Street, Suite 3000
            Dallas, TX  75201-4761
            Telephone: (214) 999-4824
            Facsimile:  (214) 999-3824

SERVICE LIST

Marc A. Lieberstein, Esq.
John L. Dauer, Jr., Esq.
Day Pitney LLP
7 Times Square
New York, NY 10036

**AFFIDAVIT OF SERVICE**
DALLAS 1897085v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PixFusion, LLC

                Plaintiff,        Civil Action No. 07-CIV-9733

-against-                   **ORDER FOR ADMISSON**
                                                                                   *PRO HAC VICE*
FunnyBit Studios, LLC                   **ON WRITTEN MOTION**
                Defendant.

Upon the motion of Michael P. Cooley, attorney for FunnyBit Studios, LLC and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

    Applicant's Name:    Terrell Miller
    Firm Name:    Gardere Wynne Sewell LLP
    Address:    1601 Elm Street, Suite 3000
    City/State/Zip:    Dallas, TX 75201-4761
    Telephone/Fax:    214-999-4106
    Email Address:    tmiller@gardere.com

is admitted to practice pro hac vice as counsel for FunnyBit Studios, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysc.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:    March 14, 2008

                _____,_____

                                                            United States District/Magistrate Judge