UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PixFusion, LLC

                                Plaintiff,        Civil Action No. 07-CIV-9733

        -against-                     **ORDER FOR ADMISSON**
                                                             *PRO HAC VICE*
FunnyBit Studios, LLC                     **ON WRITTEN MOTION**
                                Defendant.

Upon the motion of Michael P. Cooley, attorney for FunnyBit Studios, LLC and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Terrell Miller |
| Firm Name: | Gardere Wynne Sewell LLP |
| Address: | 1601 Elm Street, Suite 3000 |
| City/State/Zip: | Dallas, TX 75201-4761 |
| Telephone/Fax: | 214-999-4106 |
| Email Address: | tmiller@gardere.com |

is admitted to practice pro hac vice as counsel for FunnyBit Studios, LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysc.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:      March 19, 2008
               NEW YORK, NEW YORK

                                                                     RMB
                                                     United States District ~~Magistrate~~ Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

DALLAS 1897154v1