**MEMO ENDORSED**

Berman, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PIXFUSION, LLC, | ) | |
|    *Plaintiff,* | ) | |
| | ) | Civil Case No. 1:07-cv-9733-RMB |
| vs. | ) | |
| | ) | |
| FUNNYBIT STUDIOS, LLC, | ) | AGREED STIPULATION |
|    *Defendant.* | ) | FOR EXTENSION OF TIME |
| | ) | |

## AGREED STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate that, subject to the Court's approval, the time for Defendant FunnyBit Studios, LLC to answer, move or otherwise respond to Plaintiff's Original Complaint in this matter shall be extended from March 31, 2008 to and including April 14, 2008. This extension does not conflict with any scheduled dates and will allow the parties to continue settlement negotiations. There has been one prior fourteen day extension of time to answer or otherwise respond, which this Court granted.

*See Court's Rules re: Motions, etc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-08
```

STIPULATION FOR EXTENSION OF TIME                                                    Page 1

Dated this _____ day of March, 2008.

| DAY PITNEY, LLP | GARDERE WYNNE & SEWELL, LLP |
|---|---|
| By: *John L. Dauer Jr.* | By: *Terrell Miller* |
| John L. Dauer, Jr. | Terrell R. Miller |
| Times Square Tower | 3000 Thanksgiving Tower |
| 7 Times Square | 1601 Elm Street |
| New York, NY 10036 | Dallas, Texas 75201 |
| Tel: (212) 297-5839 | Tel: (214) 999-4106 |
| Fax: (212) 916-2940 | Fax: (214) 999-3106 |
| Email: jdauer@daypitney.com | Email: tmiller@gardere.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |
| PixFusion, LLC | FunnyBit Studios, LLC |

**SO ORDERED:**

*RMB*
_____
Honorable Richard M. Berman
United States District Judge

3/31/08