**MEMO ENDORSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PIXFUSION, LLC, <br> *Plaintiff,* <br><br> vs. <br><br> FUNNYBIT STUDIO, LLC <br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Case No. 1:07-cv-9733-RMB <br><br><br> AGREED STIPULATION <br> FOR EXTENSION OF TIME |

### AGREED STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate, subject to the Court's approval, the time for Defendant FunnyBit Studio, LLC to answer, move or otherwise respond to Plaintiff's Original Complaint in this matter shall be extended from April 14, 2008 to and including April 28, 2008. This extension does not conflict with any scheduled dates and will allow the parties to continue settlement negotiations. There has been two prior fourteen day extensions of time to answer or otherwise respond, which this Court granted.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08
```

Dated this 9th day of April, 2008.

| | |
|---|---|
| DAY PITNEY, LLP<br><br>By: _____<br>John L. Dauer, Jr.<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Tel: (212) 297-5800<br>Fax: (212) 916-2940<br>Email: jaduer@daypitney.com<br><br>Attorney for Plaintiff<br>PixFusion, LLC | GARDERE WYNNE & SEWELL, LLP<br><br>By: _____<br>Terrell R. Miller<br>3000 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, Texas 75201<br>Tel: (214) 999-4106<br>Fax: (214) 999-3106<br>Email: tmiller@gardere.com<br><br>Attorney for Defendant<br>FunnyBit Studios, LLC |

SO ORDERED: *See Court's Rules Re: Motions*

_____
*RMB*

Honorable Richard M. Berman
United States District Judge

4/11/08