# ᴰᴾ DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

JOHN L. DAUER, JR.
Counsel

7 Times Square
New York, NY 10036
T: (212) 297-5839 F: (212) 916 2940
JDauer@daypitney.com

April 10, 2008

**VIA OVERNIGHT COURIER**

Hon. Richard M. Berman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

p2

Re:   PixFusion, LLC v. FunnyBit Studios, LLC
      Civil Action No. 07-9733

Dear Judge Berman:

We are counsel for Plaintiff PixFusion, LLC ("PixFusion") in the above referenced action. We are writing on behalf of PixFusion and defendant FunnyBit Studios, LLC ("FunnyBit") to request an adjournment of the conference currently scheduled for Tuesday, April 15, 2008, at 9:00 a.m., to Tuesday, April 29, 2008, at 9:00 a.m.

The parties have been engaged in settlement discussions and request an adjournment to allow them more time to try to resolve the litigation. Plaintiff filed suit against FunnyBit on November 2, 2007, but did not serve FunnyBit until February 26, 2008. During that time, the parties engaged in settlement negotiations, which are still ongoing. Initially, PixFusion negotiated with an attorney for FunnyBit but he recently became ill and could no longer represent FunnyBit. On March 2, 2008, FunnyBit retained new counsel, Terrell R. Miller of Gardere Wynne Sewell LLP. Since that date, PixFusion has negotiated with Mr. Miller. While the parties have been conducting settlement discussions over the last month, they have not yet reached a settlement and desire some more time to try to resolve the matter prior to moving forward with the litigation.

The initial conference in this matter was set for December 10, 2007. By letter dated December 7, 2007, Plaintiff requested and was granted adjournment of the conference until January 14, 2008. Subsequent to that adjournment, Plaintiff requested and was granted adjournment of the January conference until February 18, 2008. Plaintiff attended the February 18th conference (FunnyBit had not yet been served), during which the Court orally rescheduled the conference until March 7, 2008. By letter dated March 4, 2008, FunnyBit requested an adjournment and the Court adjourned the conference to April 15, 2008.

**DAY PITNEY** LLP

Hon. Richard M. Berman
April 10, 2008
Page 2

    On April 10, 2008, defendant's counsel, Terrell R. Miller of Gardere Wynne Sewell LLP, agreed to this letter. This requested adjournment does not conflict with any other scheduled dates in this action. We will notify all parties to this action of this adjournment request.

Respectfully submitted,

John L. Dauer, Jr.

JLD
cc:   Mark A. Lieberstein, Esq.
      Terrell R. Miller, Esq.

---

Application denied. See
Order dated 3/5/08.
Conference on 4/15/08 @ 9:00

SO ORDERED:
Date: 4/11/08    Richard M. Berman
Richard M. Berman, U.S.D.J.