UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PixFusion, LLC,

                Plaintiff,

      v.

FunnyBit Studios, LLC,

               Defendant.

-----------------------------------------------------------x

Civil Action No.
07 CV 9733 (RMB)

ECF

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned appear as attorneys for defendant, FunnyBit Studios, LLC, in the above-captioned civil action and requests that all papers be served on the undersigned attorneys and firm.

Dated:    New York, New York
           April 14, 2008

                                          COLUCCI & UMANS

                                          By: *Frank J. Colucci*
                                          Frank J. Colucci (FC-8441)
                                          David M. Dahan (DD-5864)
                                          218 East 50th Street
                                          New York, New York 10022
                                          Telephone: (212) 935-5700
                                          Facsimile: (212) 935-5728
                                          Email: email@colucci-umans.com

                                          Attorneys for Defendant

TO:  Marc A. Lieberstein (ML 7116)
       John L. Dauer, Jr. (JD 1763)
       Day Pitney LLP
       7 Times Square
       New York, New York 10036

       Attorneys for Plaintiff