UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

PIXFUSION, LLC                                :    **Case Management Plan**

                          Plaintiff,   :    1:07-cv-9733-RMB

       -against-                         :

FUNNYBIT STUDIO, LLC                  :

                         Defendant.   :
------------------------------------------------------------------ X

[Stamp: 4/15/08]

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)     Joinder of additional parties by _____ May 30, 2008 _____

(ii)    Amend the pleadings by _____ May 30, 2008 _____

(iii)   All discovery to be **expeditiously** completed by ~~August 13, 2008 for fact discovery~~ ~~October 13, 2008 for expert discovery~~ September 16, 2008 (Fact + Expert) RMB

(iv)   Consent to Proceed before Magistrate Judge _____ No _____

(v)    Status of settlement discussions _____ On-going _____ 9/16/08 @ 10:00 with principals

**Sections vi through xi will be set at conference with the Court**

(vi)   Motions _____

(vii)   Oral Argument _____

(viii)   Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _Referral to Mag. Judge Dolinger_

**SO ORDERED**:  New York, New York
4/15/08

RMB
Hon. Richard M. Berman, U.S.D.J.

DALLAS 1919456v1