IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PIXFUSION, LLC, | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil Case No. 1:07-cv-9733-RMB |
| vs. | ) | |
| | ) | |
| FUNNYBIT STUDIOS, LLC, | ) | STIPULATION FOR |
| *Defendant.* | ) | EXTENSION OF TIME |
| | ) | |

## STIPULATION FOR EXTENSION OF TIME

The undersigned parties through counsel hereby stipulate, subject to the Court's approval, the time for Defendant FunnyBit Studios, LLC to answer, move or otherwise respond to Plaintiffs Original Complaint in this matter shall be extended from April 28, 2008 to and including May 5, 2008. This extension does not conflict with any scheduled dates and will allow the parties to continue settlement negotiations and to hopefully formalize settlement terms upon which the parties have agreed. There has been three prior fourteen day extensions of time to answer or otherwise respond, which this Court granted.



STIPULATION FOR EXTENSION OF TIME                                                                 Page 1

Dated this 28th day of April, 2008.

| | |
|---|---|
| DAY PITNEY, LLP | GARDERE WYNNE & SEWELL, LLP |
| By: *(signature)* | By: *(signature)* |
| John L. Dauer, Jr. | Terrell R. Miller |
| Times Square Tower | (*pro hac vice* ~~application pending~~) |
| 7 Times Square | 3000 Thanksgiving Tower, 1601 Elm Street |
| New York, NY 10036 | Dallas, Texas 75201 |
| Tel: (212) 297-5839 | Tel: (214) 999-4106 |
| Fax: (212) 916-2940 | Fax: (214) 999-3106 |
| Email: jdauer@daypitney.com | Email: tmiller@gardere.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |
| PixFusion, LLC | FunnyBit Studios, LLC |

**SO ORDERED:**

*RMB*

Honorable Richard M. Berman
United States District Judge

4/29/08

# ⊞ DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

JOHN L. DAUER, JR.
Counsel

7 Times Square
New York, NY 10036
T: (212) 297-5839  F: (212) 916 2940
JDauer@daypitney.com

April 28, 2008

**VIA OVERNIGHT COURIER**

Hon. Richard M. Berman
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

    Re:    PixFusion, LLC v. FunnyBit Studios, LLC
            Civil Action No. 07-9733

Dear Judge Berman:

    We are counsel for Plaintiff PixFusion, LLC ("PixFusion") in the above referenced action. We are forwarding herewith a courtesy copy of an agreed Stipulation for Extension of Time that the parties electronically sent to the court Clerk today.

Respectfully submitted,

John L. Dauer, Jr.

JLD
cc:    Mark A. Lieberstein, Esq.
        Terrell R. Miller, Esq.